# EXHIBIT "A"

```
15130911042019                Butler County Prothonotary's Office              Page    1
    PYSPRT                        Civil Case Detail Report                    11/04/2019
```

**Case No.......... 2016-10405  HSBC BANK USA NATIONAL ASSN (vs) DAVID F JENKINS JR**

```
Reference No......                                          Filed..........   5/27/2016
Case Type......... REAL PROPERTY - MORTGA                   Time...........      12:14
Judgment..........            $.00                          Execution Date.  0/00/0000
Judge Assigned.... DR S MICHAEL YEAGER                      Jury Trial.....
Disposed Desc..... JUDGMENT                                 Disposed Date..  9/20/2016
------------ Case Comments ------------                     Higher Crt 1...
                                                            Higher Crt 2...
```

```
***********************************************************************************
```

++ GENERAL INDEX ++

```
Indexed Party                                      Attorney Info
HSBC BK USA NATL ASSN              PLAINTIFF       STERN & EISENBERG PC
   WEST PALM BEACH, FL 33409                       1581 MAIN STREET SUITE 200
                                                   THE SHOPS AT VALLEY SQUARE
                                                   WARRINGTON, PA  18976

JENKINS DAVID F JR                 DEFENDANT
   VALENCIA, PA 16059

JENKINS DAVID                      DEFENDANT
   VALENCIA, PA 16059
```

```
***********************************************************************************
```

++ DOCKET ENTRIES ++

| Date | Entry Text |
|------|------------|
| | - - - - - - - - - - -  FIRST ENTRY  - - - - - - - - - - - - - |
| 5/16/2016 | RE: RETURN OF DOCUMENT |
| | 1 Image page(s) exists for this entry |
| 5/23/2016 | RE: RETURN OF DOCUMENT |
| | 1 Image page(s) exists for this entry |
| 5/27/2016 | SHERIFF'S COSTS:   S & E PD   $65.76 |
| 5/27/2016 | SUPREME COURT OF PENNSYLVANIA CIVIL COVER SHEET |
| | 1 Image page(s) exists for this entry |
| 5/27/2016 | COMPLAINT IN CIVIL ACTION MORTGAGE FORECLOSURE - $142,063.32 LAND SITUATE IN MIDDLESEX TWP BUTLER CO PA INSTRUMENT #201509240021122 BEING LOT NO 2 IN THE KEITHWOOD MANOR PLAN OF LOTS #2 KNOWN AS 104 OAKWOOD DRIVE VALENCIA PA 16059 |
| | 50 Image page(s) exists for this entry |
| 5/27/2016 | CERT COPY TO SHERIFF |
| 5/30/2016 | JUDGE DR S MICHAEL YEAGER ASSIGNED TO CASE |
| 6/01/2016 | ORDER OF COURT DATED 5/30/16 IT IS ORDERED CASE IS ASSIGNED TO HONORABLE DR S MICHAEL YEAGER |
| | 2 Image page(s) exists for this entry |
| 6/01/2016 | The Prothonotary of Butler County, Pennsylvania hereby certifies that a copy of the foregoing Order of Court was mailed to: JENKINS DAVID; JENKINS DAVID F JR; STERN & EISENBERG PC; on Wednesday, June 01, 2016, by first class mail, postage prepaid. |
| 6/13/2016 | SHERIFF'S RETURN: AS TO SERVICE OF COMPLAINT IN MORTGAGE FORECLOSURE NOTICE TO DEFEND COUNTS & VERIFICATION NOTICE OF CONS CREDIT/RES MTG FRCLSR DIV PROGRAM UPON DAVID F JENKINS JR AKA DAVID JENKINS BY HANDING TO WIFE SURRENA JENKINS AT 104 OAKWOOD DRIVE VALENCIA PA 16059 |
| | 1 Image page(s) exists for this entry |
| 8/02/2016 | RE: RETURN OF DOCUMENT |
| | 1 Image page(s) exists for this entry |
| 9/15/2016 | RE: RETURN OF DOCUMENT |
| | 1 Image page(s) exists for this entry |
| 9/20/2016 | AFFIDAVIT OF SERVICE AND STATUS PURSUANT TO BUTLER CO RULE OF CIVIL PROCEDURE L-1143(E) AND L-1034(A)1 AND L-1035.2(A)(1) AND L-3129.1 (B) AND L-3256 STATUS OF CONSUMER CREDIT OR RESIDENTIAL |

```
15130911042019                 Butler County Prothonotary's Office           Page    2
   PYSPRT                         Civil Case Detail Report                 11/04/2019
```

Case No.......... 2016-10405  HSBC BANK USA NATIONAL ASSN (vs) DAVID F JENKINS JR

```
Reference No......                                        Filed..........   5/27/2016
Case Type......... REAL PROPERTY - MORTGA                 Time...........      12:14
Judgment...........            $.00                       Execution Date.   0/00/0000
Judge Assigned.... DR S MICHAEL YEAGER                    Jury Trial.....
Disposed Desc..... JUDGMENT                               Disposed Date..   9/20/2016
----------- Case Comments -----------                     Higher Crt 1...
                                                          Higher Crt 2...
```

                  MORTGAGE FORECLOSURE DIVERSION PROGRAM
                                        1 Image page(s) exists for this entry
                 ------------------------------------------------------------
9/20/2016   PRAECIPE FOR JUDGMENT AND AFFIDVAIT OF NON MILITARY SERVICE AND
            IMPORTANT NOTICE
                                       10 Image page(s) exists for this entry
                 ------------------------------------------------------------
9/20/2016   JUDGMENT ENTERED AT CP 16-21623 AS PER PRAECIPE
            - - - - - - - - - - - - - LAST ENTRY  - - - - - - - - - - - - -

*********************************************************************************

                              ++ Escrow Information ++
Cost / Fee                   Beg. Balance      Pymts/Adjmts      End. Balance
TAX ON CMPLT                      $.50             $.50              $.00
JCS/ATJ                         $35.50           $35.50             $.00
COMPLAINT FILED                $131.00          $131.00             $.00
PRO AUTOMATION                   $5.00            $5.00             $.00
                              -----------      -----------        -----------
                               $172.00          $172.00            $.00

*********************************************************************************
                          End of Case Information
```

```
15123711042019                 Butler County Prothonotary's Office            Page    1
   PYSPRT                          Civil Case Detail Report                   11/04/2019
```

Case No.......... 2016-21623   HSBC BANK USA NATIONAL ASSN (vs) DAVID F JENKINS JR AL

```
Reference No......
Case Type......... JUDGMENT (GENERAL)              Filed..........    9/20/2016
Judgment...........      $142,909.37               Time...........         1:03
Judge Assigned....                                 Execution Date.    9/20/2016
Disposed Desc.....                                 Jury Trial.....
----------- Case Comments ------------             Disposed Date..    0/00/0000
ED 16-30248                                        Higher Crt 1...
                                                   Higher Crt 2...
```

****************************************************************************************

++ GENERAL INDEX ++

Indexed Party
HSBC BK USA NATL ASSN                PLAINTIFF       Attorney Info
   WEST PALM BEACH, FL 33409                         STERN & EISENBERG PC
                                                     1581 MAIN STREET SUITE 200
                                                     THE SHOPS AT VALLEY SQUARE
                                                     WARRINGTON, PA  18976

JENKINS DAVID F JR
   VALENCIA, PA 16059               DEFENDANT

JENKINS DAVID
   VALENCIA, PA 16059               DEFENDANT

****************************************************************************************

++ JUDGEMENT INDEX ++

Indexed Party                          Amount       Date        Description
JENKINS DAVID F JR                  $142,909.37    9/20/2016    JUDGMENT/PREMISES

JENKINS DAVID                       $142,909.37    9/20/2016    JUDGMENT/PREMISES

****************************************************************************************

++ DOCKET ENTRIES ++

Date        Entry Text
- - - - - - - - - - - - -  FIRST ENTRY  - - - - - - - - - - - - - -
9/20/2016   DOCKET FEE        8.00
            AD S&E PD       237.76
            FROM AD NO 16-10405
                              2 Image page(s) exists for this entry
---------------------------------------------------------------------
9/20/2016   NOTICE MAILED TO DEFENDANT(S)
                              2 Image page(s) exists for this entry
---------------------------------------------------------------------
9/20/2016   ED 16-30248
- - - - - - - - - - - - - LAST ENTRY  - - - - - - - - - - - - - -

****************************************************************************************

++ Escrow Information ++
Cost / Fee          Beg. Balance        Pymts/Adjmts         End. Balance
JUDGMENT                 $23.00             $23.00               $.00
                    ------------        ------------         ------------
                         $23.00             $23.00               $.00

****************************************************************************************

                              End of Case Information
```

```
15115711042019                 Butler County Prothonotary's Office              Page    1
    PYSPRT                         Civil Case Detail Report                      11/04/2019
```

Case No.......... 2016-30248  HSBC BANK USA NATIONAL ASSN (vs) DAVID F JENKINS JR AL

```
Reference No......
Case Type......... WRIT OF EXECUTION                    Filed.........      9/20/2016
Judgment..........         $142,909.37                  Time..........          1:03
Judge Assigned....                                      Execution Date.   0/00/0000
Disposed Desc.....                                      Jury Trial.....
----------- Case Comments -----------                   Disposed Date..   0/00/0000
                                                        Higher Crt 1...
                                                        Higher Crt 2...
```

```
*************************************************************************************
                              ++ GENERAL INDEX ++
Indexed Party
HSBC BK USA NATL ASSN                    PLAINTIFF        Attorney Info
    WEST PALM BEACH, FL 33409                             STERN & EISENBERG PC
                                                          1581 MAIN STREET SUITE 200
                                                          THE SHOPS AT VALLEY SQUARE
                                                          WARRINGTON, PA  18976
JENKINS DAVID F JR
CP 16-21623                              DEFENDANT
    VALENCIA, PA 16059

JENKINS DAVID
CP 16-21623                              DEFENDANT
    VALENCIA, PA 16059
```

```
*************************************************************************************
                             ++ JUDGEMENT INDEX ++
Indexed Party                             Amount        Date       Description
JENKINS DAVID F JR                     $142,909.37    9/20/2016    WRIT OF EXECUTION
CP 16-21623

JENKINS DAVID                          $142,909.37    9/20/2016    WRIT OF EXECUTION
CP 16-21623
```

```
*************************************************************************************
                              ++ DOCKET ENTRIES ++
   Date      Entry Text
 - - - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - -
9/20/2016    DOCKET FEE                         8.00
             INT 9/15/16-01/18/19 @ $5.45    4659.75      AMENDED 09/18/18
             AD S&E PD                         237.76
             CP S&E PD                          23.00
             SAT                                13.00
             FROM CP 16-21623
             ------------------------------------------------------------------
9/20/2016    PRAECIPE FOR WRIT OF EXECUTION
                              2 Image page(s) exists for this entry
             ------------------------------------------------------------------
9/20/2016    WRIT ISSUED TO SHERIFF
             ------------------------------------------------------------------
11/08/2016   SHERIFF'S RETURN: AS TO SERVICE OF WRIT OF EXECUTION REAL UPON
             DAVID JENKINS AKA DAVID F JENKINS JR AT 104 OAKWOOD DRIVE VALENCIA
             PA 16059
             11/8/16 DEPUTY STILES POSTED THE PREMISES AT 104 OAKWOOD DRIVE
             MIDDLESEX TWP VALENCIA BUTLER COUNTY PA WITH THE HANDBILL
             1/13/17 RECEIVED LETTER FROM ATTORNEY REQUESTING TO POSTPONE THE
             SALE SCHEDULED FOR 1/20/17 AT 11:00 AM TO 3/17/17 AT 11:00 AM AND
             ANNOUNE ACCORDINGLY
             1/20/17 AT 11:00 AM AN ANNOUNCEMENT WAS MADE STATING THE SALE
             SCHEDULED FOR THIS DATE WAS POSTPONED TO 3/17/17 AT 11:00 AM AS
             PER ATTORNEY
             3/5/17 RECEIVED LETTER FROM ATTORNEY REQUESTING TO POSTPONE THE
             SALE SCHEDULED FOR 3/17/17 AT 11:00 AM TO 5/19/17 AT 11:00 AM AND
             ANNOUNCE ACCORDINGLY
             3/17/17 AT 11:00 AM AN ANNOUNCEMENT WAS MADE STATING THE SALE
             SCHEDULED FOR THIS DATE WAS POSTPONED TO 5/19/17 AT 11:00 AM AS PER
             ATTORNEY
             5/10/17 RECEIVED LETTER FROM ATTORNEY REQUESTING TO STAY THE SALE
             SCHEDULED FOR 5/19/17 AT 11:00 AM AND ANNOUNCE ACCORDINGLY
             APPLIED AS FOLLOWS:
             BUTLER EAGLE                      782.00
             SHERIFF                           238.58
             NOTIFYING AGENCY                   25.00
```

```
15115711042019              Butler County Prothonotary's Office              Page    2
   PYSPRT                        Civil Case Detail Report                    11/04/2019
```

Case No.......... 2016-30248  HSBC BANK USA NATIONAL ASSN (vs) DAVID F JENKINS JR AL

```
Reference No......
Case Type......... WRIT OF EXECUTION              Filed.......... 9/20/2016
Judgment..........        $142,909.37             Time...........      1:03
Judge Assigned....                                Execution Date. 0/00/0000
Disposed Desc.....                                Jury Trial.....
----------- Case Comments -----------             Disposed Date.. 0/00/0000
                                                  Higher Crt 1...
                                                  Higher Crt 2...
```

```
            LEGAL JOURNAL              339.50
            DEPUTY EDU FUND             40.00
            TOTAL                     1425.08
            5/25/17 WRIT RETURNED TO PROTHONOTARY
                                 30 Image page(s) exists for this entry
-------------------------------------------------------------------------
1/19/2017   NOTICE OF THE DATE OF CONTINUED SHERIFF'S SALE
                                  1 Image page(s) exists for this entry
1/19/2017   CERT COPY TO SHERIFF
-------------------------------------------------------------------------
2/17/2017   CERTIFICATE OF SERVICE
                                  2 Image page(s) exists for this entry
2/17/2017   CERT COPY TO SHERIFF
-------------------------------------------------------------------------
3/20/2017   NOTICE OF THE DATE OF CONTINUED SHERIFF'S SALE
                                  1 Image page(s) exists for this entry
3/20/2017   CERT COPY TO SHERIFF
-------------------------------------------------------------------------
8/29/2018   RE: RETURN OF DOCUMENT
-------------------------------------------------------------------------
9/06/2018   RE: RETURN OF DOCUMENT
                                  1 Image page(s) exists for this entry
9/12/2018   RE: RETURN OF DOCUMENT
                                  1 Image page(s) exists for this entry
-------------------------------------------------------------------------
9/18/2018   PRAECIPE TO AMEND AND REISSUE WRIT OF EXECUTION
                                  4 Image page(s) exists for this entry
9/18/2018   WRIT AMENDED & REISSUED TO SHERIFF
-------------------------------------------------------------------------
11/15/2018  SHERIFF'S RETURN: AS TO SERVICE OF WRIT OF EXECUTION REAL UPON
            DAVID JENKINS AKA DAVID F JENKINS BY HANDING TO WIFE SERENA
            JENKINS AT 104 OAKWOOD DRIVE VALENCIA PA 16059
            11/1/18 DEPUTY HANCHER POSTED THE PREMISES AT 104 OAKWOOD DRIVE
            MIDDLESEX TWP VALENCIA BUTLER COUNTY PA WITH THE HANDBILL
            1/17/19 RECEIVED LETTER FROM ATTORNEY REQUESTING TO POSTPONE THE
            SALE SCHEDULED FOR 1/18/19 AT 11:00 AM TO 3/15/19 AT 11:00 AM AND
            ANNOUNCE ACCORDINGLY
            1/18/19 AT 11:00 AM AN ANNOUNCEMENT WAS MADE STATING THE SALE
            SCHEDULED FOR THIS DATE WAS POSTPONED TO 3/15/19 AT 11:00 AM AS
            PER ATTORNEY
            3/15/19 RECEIVED LETTER FROM ATTORNEY REQUESTING TO POSTPONE THE
            SALE FROM TODAY AT 11:00 AM TO 5/17/19 AT 11:00 AM AN ANNOUNCEMENT
            WAS MADE ACCORDINGLY
            5/16/19 RECEIVED LETTER FROM ATTORNEY REQUESTING TO POSTPONE THE
            SALE SCHEDULED FOR 5/17/19 AT 11:00 AM TO 7/26/19 AT 11:00 AM AND
            ANNOUNCE ACCORDINGLY
            5/17/19 AT 11:00 AM AN ANNOUNCEMENT WAS MADE STATING THE SALE
            SCHEDULED FOR THIS DATE WAS POSTPONED TO 7/26/19 AT 11:00 AM AS
            PER ATTORNEY
            7/26/19 AT 11:00 AM PROPERTY SOLD TO ATTORNEY THOMAS MAY AS AGENT
            FOR THE PLF FOR A BID OF COSTS THIS BEING THE BEST AND HIGHEST BID
            APPLIED AS FOLLOWS:
            PROTHONOTARY               13.00
            REG & RECORDER             88.75
            BUTLER EAGLE              788.00
            SHERIFF                   455.64
            NOTIFYING AGENCY           10.00
            LEGAL JOURNAL             355.25
            LIEN HOLDER               823.36
            DEPUTY EDU FUND            40.00
```

```
15115711042019                Butler County Prothonotary's Office          Page    3
    PYSPRT                         Civil Case Detail Report                11/04/2019
```

Case No.......... 2016-30248  HSBC BANK USA NATIONAL ASSN (vs) DAVID F JENKINS JR AL

```
Reference No......
Case Type......... WRIT OF EXECUTION                    Filed.......... 9/20/2016
Judgment..........     $142,909.37                      Time...........      1:03
Judge Assigned....                                      Execution Date.  0/00/0000
Disposed Desc.....                                      Jury Trial.....
----------- Case Comments -----------                   Disposed Date..  0/00/0000
                                                        Higher Crt 1...
                                                        Higher Crt 2...
```

| | |
|---|---|
| TOTAL | 2574.00 |

9/5/19 WRIT RETURNED AND DEED RECORDED INTO HSBC BANK USA NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR PEOPLES CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-4

29 Image page(s) exists for this entry

11/26/2018   CERTIFICATE OF SERVICE

3 Image page(s) exists for this entry

11/26/2018   CERT COPY TO SHERIFF

1/28/2019   SUGGESTION OF BANKRUPTCY

2 Image page(s) exists for this entry

1/28/2019   CERT COPY TO SHERIFF

1/28/2019   NOTICE OF THE DATE OF CONTINUED SHERIFF'S SALE

2 Image page(s) exists for this entry

1/28/2019   CERT COPY TO SHERIFF

3/21/2019   NOTICE OF THE DATE OF CONTINUED SHERIFF'S SALE

2 Image page(s) exists for this entry

3/21/2019   CERT COPY TO SHERIFF

5/21/2019   PLF'S MOTION TO POSTPONE SHERIFF'S SALE AND ORDER OF COURT DTD 5/21/19 UPON CONSIDERATION OF THE PLF'S MOTION IT IS HEREBY ORDERED THAT THE SHERIFF'S SALE OF THE REAL PROPERTY SITUATED AT 104 OAKWOOD DRIVE VALENCIA PA 16059 CURRENTLY SCHEDULED FOR 5/17/19 IS POSTPONED OR ADJOURNED TO 7/26/19 WITHOUT THE NEED FOR FURTHER ADVERTISING OR NOTICE TO DFTS LIENHOLDERS OR ANY PARTIES IN INTEREST AND IT IS FURTHER ORDERED THAT PLF MAY ADJOURN/POSTPONE THE SHERIFF'S SALE OF THE ABOVE-REFERENCED PROPERTY FROM MONTH TO MONTH (OR SUCH OTHER TIME PERIOD AS DETERMINED BY PLF) TO ANOTHER REGULARLY SCHEDULED SHERIFF SALE WITHOUT THE NEED FOR FURTHER ADVERTISING OR NOTICE TO DFT LIENHOLDERS OR ANY PARTIES IN INTEREST IN WHICH INSTANCE THE PLF SHALL HAVE THE SHERIFF'S OFFICE ANNOUNCE THE POSTPONEMENT/ADJOURNMENT

9 Image page(s) exists for this entry

5/21/2019   The Prothonotary of Butler County, Pennsylvania hereby certifies that a copy of the foregoing Order of Court was mailed to: JENKINS DAVID; JENKINS DAVID F JR; STERN & EISENBERG PC; (CERT) SHERIFF on Tuesday, May 21, 2019, by first class mail, postage prepaid.

5/24/2019   NOTICE OF THE DATE OF CONTINUED SHERIFF'S SALE

2 Image page(s) exists for this entry

5/24/2019   CERT COPY TO SHERIFF

- - - - - - - - - - - LAST ENTRY - - - - - - - - - - - -

********************************************************************************

**++ Escrow Information ++**

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---|---|---|
| REISSUE/INSTATE | $10.00 | $10.00 | $.00 |
| DEED | $13.00 | $13.00 | $.00 |
| WRIT OF EXEC | $39.00 | $39.00 | $.00 |
| | $62.00 | $62.00 | $.00 |

********************************************************************************

**End of Case Information**

# EXHIBIT "B"

PRAECIPE FOR WRIT OF EXECUTION—(MORTGAGE FORECLOSURE)
P.R.C.P. 3180-3183

IN THE COURT OF COMMON PLEAS OF
BUTLER COUNTY, PENNSYLVANIA
NO. 2016-10405
        2016-21623
        2016-30248 ✓

HSBC Bank USA, National Association, as
Indenture Trustee for People's Choice Home Loan
Securities Trust Series 2005-4 c/o Ocwen Loan
Servicing, LLC

v.

David F. Jenkins, Jr. a/k/a David Jenkins

PRAECIPE TO AMEND & REISSUE
WRIT OF EXECUTION
(MORTGAGE FORECLOSURE)

TO THE PROTHONOTARY:

Issue Writ of Execution in the above matter:

Judgment Amount .................................................................... $ 142,909.37

Interest from 09/15/2016 at the per diem
rate of $5.45 until
Sale Date of 01/18/2019............................................... $    4,659.75 and Costs.

Attorney for Plaintiff
Jessica N. Manis, Esq.318705

No. **2016-10405**
**2016-21623**
**2016-30248**

## IN THE COURT OF COMMON PLEAS OF
## BUTLER COUNTY, PENNSYLVANIA

HSBC Bank USA, National Association, as Indenture Trustee
for People's Choice Home Loan Securities Trust Series 2005-4
c/o Ocwen Loan Servicing, LLC

v.

David F. Jenkins, Jr. a/k/a David Jenkins

Premises: 104 Oakwood Drive, Valencia, PA 16059

---

### PRAECIPE FOR WRIT OF EXECUTION
### (MORTGAGE FORECLOSURE)

Filed:

_Jessica Manis_
Attorney for Plaintiff
Jessica N. Manis, Esq.

# EXHIBIT "C"

STEVEN K. EISENBERG, ESQUIRE (75736)
M. TROY FREEDMAN, ESQUIRE (86727)
ANDREW J. MARLEY, ESQUIRE (312314)
EDWARD J. MCKEE, ESQUIRE (316721)
WILLIAM E. MILLER, ESQUIRE (308951)
JESSICA N. MANIS, ESQUIRE (318705)
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
· (COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR BUTLER COUNTY

.·HSBC Bank USA, National Association, as
Indenture Trustee for People's Choice Home
Loan Securities Trust Series 2005-4
c/o Ocwen Loan Servicing, LLC
(Plaintiff)
v.
David F. Jenkins Jr aka David Jenkins
(Defendant(s))

ED 16- 30248 ✓
CP 16-21623
Civil Action Number: 16-10405

## SUGGESTION OF BANKRUPTCY

The above Debtor, David F. Jenkins Jr, has filed Chapter 13 Bankruptcy on September 15, 2017 in the United States Western District of PA Case No. 17-23709-CMB. As a result, Plaintiff suggests that this case be placed in deferment status due to the automatic stay provisions of the United States Bankruptcy Code.

STERN & EISENBERG PC

BY
JESSICA N. MANIS
Attorney for Plaintiff

1/23/2019

# EXHIBIT "D"

# AFFIDAVIT FILED

## SHERIFF'S DEED

*Know All Men By These Present,*

Instr: 201909110017849
Pge 3 Fr $39.75
AListicle Morissette
Butler County Recorder PA
TOTAL TAX

$1U1919 9:42 AM
T201900014533

35.20

That I, Michael T. Slupe, Sheriff of the County of Butler, in the Commonwealth of Pennsylvania, for and in consideration of  COSTS, ..................................... to me, in hand paid, do hereby grant and convey to:

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-4 C/O OCWEN LOAN SERVICING LLC

ALL the right, title, interest, and claim of DAVID JENKINS AND DAVID F. JENKINS, JR., of, in, and to:

ALL that certain piece, parcel, or lot of land situate in MIDDLESEX TOWNSHIP, County of Butler, and Commonwealth of Pennsylvania, bounded and described as follows:

All that certain piece, parcel or tract of land situate in Middlesex Township, Butler County, Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at a point on the westerly side of Maple Drive, a fifty foot street, on line dividing Lots Nos. 1 and 2; thence along said Maple Drive, South 1° 01' West(153) feet to a point on line of Lot No. 3; thence along line of lot No. 3. North 88° 59'. West one hundred forty (140) feet to a point on lands of now or formerly Roy C. Ferguson; thence along line of lands of Ferguson, North 1 ° 01' East (161.64) feet to a point on line of Lot No. 1; thence along line of lot No. 1. South 85° 27' East(140.27) feet to a point on the westerly line of Maple Drive, the place of beginning.

Being Lot No. 2 in the Keithwood Manor Plan of Lots #2, as laid out for the grantors herein by the North Hills Engineering Company, Inc., Registered Engineers, in July of 1959, and recorded in the Recorder's Office in and for Butler County in Plan Rack 29, page 11.

AND BEING a portion of a larger tract of land conveyed to the within grantors by deed of Anne L.
McGliney, single woman, dated October 24, 1952 and recorded in the Recorder's Office in and for Butler County in Deed Book Volume 632, at page 379.

Said lot being SUBJECT to the building restrictions and covenants as are of record in Butler County and to the forty (40) foot building line which appears on said Plan.

PARCEL ID: 230-S2-43EB2

BEING KNOWN AS 104 Oakwood Drive, Valencia, PA 16059

BEING the same premises which Charles O. Miller, Executor of the Estate of Margaret Miller, deceased by Deed dated August 10, 2005 and recorded September 12, 2005 in the Office of the Recorder of Deeds in and for Adams County in Deed Instrument# 200509120025831, granted and conveyed unto David, F. Jenkins, Jr., unmarried, heirs and assigns.

This document may not sell, convey, transfer, include or insure the title to the coal and right of support underneath the surface land described or referred to herein, and the owner or owners of such coal may have the complete legal rights to remove all of such coal and, in that connection, damage may result to the surface of the land and any house, building, or other structure on or in such land. This statement inserted pursuant of Act No. 431 of the Commonwealth of Pennsylvania of 1957, P.L. 384, the foregoing statement in and of itself shall not be construed to be an exception or reservation of the coal under the within described premises.

NOTICE—THE UNDERSIGNED, AS EVIDENCED BY THE SIGNATURE(S) TO THIS NOTICE
AND THE ACCEPTANCE AND RECORDING OF THIS DEED, ARE FULLY COGNIZANT OF THE FACT THAT THE UNDERSIGNED MAY NOT BE OBTAINING THE RIGHT OF PROTECTION AGAINST SUBSIDENCE, AS TO THE PROPERTY HEREIN CONVEYED, RESULTING FROM COAL MINING OPERATIONS AND THAT THE PURCHASED PROPERTY, HEREIN CONVEYED, MAY BE PROTECTED FROM DAMAGE DUE TO MINE SUBSIDENCE BY A PRIVATE CONTRACT WITH THE OWNERS OF THE ECONOMIC INTEREST IN THE COAL. THIS NOTICE IS INSERTED HEREIN TO COMPLY WITH THE BITUMINOUS MINE SUBSIDENCE AND LAND CONSERVATION ACT OF 1966, AS AMENDED 1980, OCT. 10, P.L. 874, NO. 156 SECTION I.

Witness:

The same having been sold by me to the said Grantee on the 26 day of July , 2019, after due advertisement according to law, under and by virtue of a Writ of Execution issued on the 16 day of SEPT , 2019 8 out of the Court of Common Pleas of Butler County, Pennsylvania, as of the 16 day of SEPT , 2019 8

E.D.    2016-30248

C.P.    2016-21623

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-4 C/O OCWEN LOAN SERVICING LLC
VS
DAVID JENKINS AND DAVID F. JENKINS, JR.

In Witness Whereof, I have hereunto affixed my signature this __5__ day of _September_, 2019.

_____ Sheriff

Commonwealth of Pennsylvania    :    :
                                :    ss.
County of Butler                :

Before me, Glenna M. Walters, Prothonotary of the Court of Common Pleas of Butler County, Pennsylvania, personally appeared Michael T. Slupe, Sheriff of Butler County, aforesaid, and in due form of law declared that the facts set forth in the foregoing Deed are true, and that he acknowledged the same in order that the said Deed might be recorded, which acknowledgment is recorded on the Minutes of said Court.

Witness my hand and seal of said Court this __5__ day of _September_, 2019.

_____, Prothonotary

PROTHONOTARY OFFICIAL TITLE
COMMISSION EXPIRES FIRST MONDAY IN JAN, 2020

Certificate of Residence:

The certified, correct address of the within named Grantee is:

2001 BISHOPS GATE BLVD
MT LAUREL, NJ 08054

_____, Sheriff

From:      DAVID JENKINS AND
           DAVID F. JENKINS, JR.

By:        Michael T. Slupe, Sheriff

To:        HSBC BANK USA, NATIONAL
           ASSOCIATION ET AL

*Sheriff's Deed*

Bid of Costs

Mail Deed to:

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA  18976

I hereby CERTIFY
that this document is
recorded in the
Recorder's Office
of Butler County,
Pennsylvania

Michele M. Mustello · Recorder of Deeds

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

# REALTY TRANSFER TAX
# STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**

State Tax Paid    O
Book Number    I 03T #
Page Number    2019 0911 0017849
Date Recorded    9-11-19

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | | | |
|---|---|---|---|
| Stern & Eisenberg, PC | | | Telephone Number: (215) 572-8111 |
| Mailing Address | City | State | ZIP Code |
| 1581 Main Street, Suite 200 | Warrington | PA | 18976 |

## B. TRANSFER DATA

Date of Acceptance of Document    3/1/19

| Grantor(s)/Lessor(s) | Telephone Number: | |
|---|---|---|
| Sheriff of Butler County | (724) 284-5245 | HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4 c/o OCWEN LOAN SERVICING, LLC 2001 Bishops Gate Blvd, Mt. Laurel, NJ 08054 |
| Mailing Address | | |
| 300 South Main Street | | |
| City | State | ZIP Code |
| Butler | PA | 16001 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 104 Oakwood Drive | Valencia, PA 16059   MIDDLESEX TWP |
| County | School District | Tax Parcel Number |
| Butler | MARS | 230-S2-43EB2 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?    ☐ Y  ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1,733.49 | +0.00 | = 1,733.49 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| 23,260.00 | × 10.75 | = 250,045.00 |

## E. EXEMPTION DATA – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| 100.00 % | 100.00 % | 100.00 % |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession.

_____   _____
(Name of Decedent)                          (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
  If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach complete copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.)

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete...

| Signature of Correspondent or Responsible Party | Date |
|---|---|
|  | 8-1-19 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

# EXHIBIT "E"

PARTNERS
GERALD M. SHAPIRO (FL, IL)
DAVID S. KREISMAN (IL)

MANAGING PARTNER
CHRISTOPHER A. DENARDO (NJ, PA)

KEVIN S. FRANKEL (NJ, PA)
SAMANTHA GABLE (NJ, PA)
KRYSTIN M. KANE (NJ, NY, RI)
GARY M. KANELLIS (NJ, NY) (Of Counsel)
MICHELLE L. MCGOWAN (NJ, PA)
JEFFREY RAPPAPORT (NJ)

MANAGING ATTY.
KRISTEN D. LITTLE (NJ, PA)

SUPERVISING ATTY. NJ FCL
KATHLEEN M. MAGOON (NJ)

LESLIE J. RASE (PA)
MORRIS A. SCOTT (NJ, PA)
DONNA L. SKILTON (NJ, PA)
ALISON H. TULIO (NJ, PA)
ELIZABETH L. WASSALL (NJ, PA)
CHARLES G. WOHLRAB (NJ, PA)
KATHERINE M. WOLF (NJ, PA)

**Law Offices of
Shapiro & DeNardo, LLC**

Offices located in New Jersey & Pennsylvania

## COMBINED 10-DAY & 90-DAY NOTICE TO VACATE PREMISES

TO:     **Occupants**
        **104 Oakwood Drive**
        **Valencia, PA 16059**

### AND ALL OTHER TENANTS IN POSSESSION:
### AT PREMISES KNOWN AS
### 104 Oakwood Drive
### Valencia, PA 16059

### Our Client: HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4

NOTICE IS HEREBY GIVEN, that **HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4** has purchased the above-described property at a foreclosure sale and is the record owner of the Property.

### IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS: PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

NOTICE IS FURTHER GIVEN, that if you are a servicemember on "active duty" or "active service," or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

- Active duty (as defined in section 101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, Marine Corps, or Coast Guard;

- active service with the National Guard;

- active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

- Active service as a commissioned officer of the Public Health Service; or

- Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action;

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

If you are such a servicemember, or a dependent of such a servicemember, you should contact the attorney's office listed below for more information.

## IMPORTANT NOTICE TO TENANTS:

NOTICE IS FURTHER GIVEN that All Bona Fide Tenants are given ninety (90) day notice to vacate the premises. If you fail to vacate the premises within the ninety (90) day period, **HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4** will proceed with the legal process to have an eviction and lockout scheduled. In order to evaluate if you are a bona fide tenant under the Protecting Tenants from Foreclosure Act, you must provide this office a copy of your lease within ten days of this notice.

If you have a pre-existing lease extending beyond ninety (90) days from the date of receipt of this notice, you may choose to deliver a bona fide lease agreement to the attorney's office listed below. It is within the sole discretion of the Owner of the subject premises whether it desires to honor your lease with the former owner.

I suggest you consult an Attorney or contact the undersigned to discuss the actual date you plan to vacate the premises or submit your lease agreement pursuant to Protecting Tenants of Foreclosure Act, Public Law 111-22 within 10 days of the receipt of this notice.

Date: 9/25/19

MORRIS A. SCOTT, ESQ

Attorney for Purchaser
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800

# EXHIBIT "F"



Stern & Eisenberg, PC

LAW OFFICES

www.sterneisenberg.com

1581 Main Street
Suite 200
Warrington, Pennsylvania 18976
(215) 572-8111
Facsimile: (215) 572-5025

November 7, 2019

RE: HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan
Securities Trust Series 2005-4
VS. David Jenkins
C.C.P BUTLER COUNTY NO. 16-10405

Matt Pavlovich
Pavlovich & Ruschak, P.C.
304 Ross Street
Suite 500
Pittsburgh, PA 15219

Dear Mr. Pavlovich,

Enclosed please find the original of the following documents:

[X]   Petition to Set Aside Sheriff's Sale and Strike Sheriff's Deed
[X]   Notice of Presentation
[X]   Certification of Service

Kindly present the Motion in Motions Court on Tuesday November 19, 2019 @ 9:00am.
Thank you and should you require any additional information, please contact us.

Sincerely,

Caitlyn Bechta

Caitlyn Bechta | Paralegal for
STERN & EISENBERG, PC

S&E/cb
Enclosures

### In the Court of Common Pleas of Butler County
### Commonwealth of Pennsylvania

HSBC Bank USA, National Association, as
Indenture Trustee for People's Choice Home
Loan Securities Trust Series 2005-4.

Versus
David F. Jenkins, Jr. a/k/a David
Jenkins

Civil Division

No 16-10405

### I. Notice

You are hereby notified that the attached matter will be: ☐ Filed on _____ 20 .
☒ Presented to Assigned Judge _____ Yeager
on November 19  at 9:00 am

### II. Certificate of Notice/Service

I gave reasonable prior notice of filing and a copy of this document to _David F. Jenkins. Jr._
at 104 Oakwood Drive_____ on November 7_____ 2019 by:
☐ Personal Service       ☐ Fax       ☒ Mail  ☐ Other (explain) _____

### III. Information for Court Administrator

Is this an original filing in this case?        ☒ No          ☐ Yes

Judge Assignment:
☐ Thomas Doerr (courtroom  ☒ Michael Yeager (courtroom   ☐ Marilyn Horan
1)                         3)                            (courtroom 4)
☐ Other _____

Adverse party position? ☐ Opposes   ☐ **CONSENTS**   ☐ **UNOPPOSED**   ☒
Unknown

I certify all the above statements are true and correct.

Date November 7_____ 20 19

Signature

Counsel for:      Plaintiff ____

DM1\10112900.1

IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
FOR BUTLER COUNTY

HSBC Bank USA, National Association, as
Indenture Trustee for People's Choice Home
Loan Securities Trust Series 2005-4
Plaintiff

       v.

David F. Jenkins, Jr. a/k/a David Jenkins
Defendant

Civil Action Number:  16-10405

MORTGAGE FORECLOSURE

## ORDER

AND NOW, this _____ day of _____ , 2019, upon consideration

of Plaintiff's Petition to Set Aside Sheriff's Sale and Strike Sheriff's Deed, and upon

consideration of any response thereto, and good cause showing; it is hereby

ORDERED and DECREED that the July 26, 2019 Sheriff's sale of 104 Oakwood Drive,

Valencia, PA 16059 is hereby set aside; and it is

Further ORDER and DECREED that the Sheriff's Deed recorded on September 11, 2019

at Instrument 201909110017849 is hereby stricken and declared void *ab initio*.

Further ORDER and DECREED Plaintiff may cause a copy or certified copy hereof to be

recorded with the Butler County Recorder of Deeds.

BY THE COURT:

_____

                    J.

DMI\19112000.1

STEVEN K. EISENBERG, ESQUIRE (75736)
ANDREW J. MARLEY, ESQUIRE (312314)
EDWARD J. MCKEE, ESQUIRE (316721)
JESSICA N. MANIS, ESQUIRE (318705)
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
PHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR BUTLER COUNTY

| | |
|---|---|
| HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4 Plaintiff | Civil Action Number: 16-10405 |
| v. David F. Jenkins, Jr. a/k/a David Jenkins Defendant | MORTGAGE FORECLOSURE |

## PLAINTIFF'S PETITION TO SET ASIDE SHERIFF'S SALE
## AND STRIKE SHERIFF'S DEED

AND NOW, comes Plaintiff HSBC Bank USA, National Association, as Indenture

Trustee for People's Choice Home Loan Securities Trust Series 2005-4, by its undersigned

attorney and petitions this Honorable Court for an Order setting aside the July 26, 2019 Sheriff's

sale of 104 Oakwood Drive, Valencia, PA 16059 and strike the Sheriff's Deed recorded on

September 11, 2019 at Instrument 201909110017849. In support thereof, Plaintiff avers the

following:

1.     This is a Mortgage Foreclosure Action, instituted by Plaintiff against David F.

Jenkins, Jr. a/k/a David Jenkins ("Jenkins"), after Jenkins defaulted on his

DM1\10112000.1

payment obligations under a Note secured by a Mortgage on his property located

at 104 Oakwood Drive, Valencia, PA 16059 ("Subject Property").

2. After Jenkins was served with a copy of the Complaint, he failed to answer or
otherwise appear in the action.

3. Because of Jenkins failure to answer or otherwise appear in the case, Plaintiff
obtained a default judgment against Jenkins.

4. Plaintiff thereafter caused a Writ of Execution to be issued and the Sheriff then
listed the Subject Property for sale.

5. The Sale was scheduled and conducted on July 26, 2019; and because no bids
were received in excess of the upset price set by Plaintiff, Plaintiff was declared
the prevailing bidder.

6. On September 15, 2017, Jenkins filed a Petition under Chapter 13 of the
United States Bankruptcy Code. The case is pending in the United States
Bankruptcy Court for the Western District of Pennsylvania, and is
designated case number 17-23709-CMB.

7. On August 16, 2018, the Jenkins' bankruptcy case was dismissed.

8. On August 16, 2018, Jenkins filed a Motion to Reconsider Dismissal of
the Case.

9. The Motion to Reconsider Dismissal of the Case was granted on
September 11, 2018 and the dismissal order was vacated.

10. Notice of the Motion to Reconsider Dismissal of the Case or the Order
vacating the dismissal was not provided to the undersigned law firm or the

Butler County Sheriff prior to the July 26, 2019 Sheriff's sale (as the

Sheriff would not have exposed the mortgaged premises for Sheriff's sale

if it had been aware of the bankruptcy). A true and correct copy of the

docket report for Jenkins' bankruptcy proceeding as of October 21, 2019

is attached hereto as Exhibit "A" and made a part hereof.

11.     The filing of bankruptcy invokes an automatic stay of civil proceedings.

*See* 11 U.S.C. §362(a). Actions taken violation of the stay are void. *In re*

*Siciliano,* 13 F.3d 748, 750 (3d Cir. 1994); *Raymark Indus., Inc. v. Lai,*

973 F.2d 1125, 1131 (3d Cir. 1992); *Maritime Elec. Co. v. United Jersey*

*Bank,* 959 F.2d 1194, 1206 (3d Cir. 1991); *Haggerty v. Erie Cty. Tax*

*Claim Bureau,* 107 Pa. Commw. 265, 271, 528 A.2d 681, 683 (1987).

12.     The automatic bankruptcy stay continues from the date of the filing of the

Petition through today, and includes the date upon which the foreclosure

sale took place.

13.     The Sheriff's Deed to the mortgaged premises was recorded on September 11,

2019 at Instrument 201909110017849. A true and correct copy of the recorded

Sheriff's Deed is attached hereto and made apart hereof as Exhibit "B."

14.     **The automatic stay deprived the Sheriff of authority to expose the premises**

**for sale.**

15.     The Sale took place as a result of an inadvertent mistake and Plaintiff now seeks

to have it set aside and the Sheriff's deed stricken.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order

pursuant to Pa. R.C.P. 3132 setting aside the July 26, 2019 Sheriff's sale of 104 Oakwood Drive,

Valencia, PA 16059 and striking the Sheriff's Deed recorded on September 11, 2019 at

Instrument No. 201909110017849.

Respectfully submitted,

STERN & EISENBERG, PC

BY:

Edward J. McKee, Esquire
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
EMAIL: emckee@sterneisenberg.com
Attorneys for Plaintiff

Dated: 11/7/19

DM1\10112000.1

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
PHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR BUTLER COUNTY

| | |
|---|---|
| HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4 Plaintiff | Civil Action Number: 16-10405 |
| v. | |
| David F. Jenkins, Jr. a/k/a David Jenkins Defendant | MORTGAGE FORECLOSURE |

## CERTIFICATE OF SERVICE

I, Edward J. McKee, Esquire, hereby certify that, on this date, I served or caused to be

served a true and correct copy of the foregoing Plaintiff's Petition to Set Aside Sheriff's Sale and

Strike Sheriff's Deed, Brief, Notice of Presentation, and proposed form of Order upon the

following persons via regular mail, postage prepaid:

Paul W. McElrath, Jr., Esquire
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

David F. Jenkins, Jr. a/k/a David Jenkins
104 Oakwood Drive
Valencia, PA 16059

Sheriff of Butler County
Attn.: Real Estate Division
300 S. Main St.
Butler, PA 16001

STERN & EISENBERG, PC

BY:

DM1\10112000.1

Edward J. McKee, Esquire
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
EMAIL: emckee@sterneisenberg.com
Attorneys for Plaintiff

Dated: _11 / 7 / 19_____

STEVEN K. EISENBERG, ESQUIRE (75736)
ANDREW J. MARLEY, ESQUIRE (312314)
EDWARD J. MCKEE, ESQUIRE (316721)
JESSICA N. MANIS, ESQUIRE (318705)
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
PHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR BUTLER COUNTY

| | |
|---|---|
| HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4 Plaintiff | Civil Action Number: 16-10405 |
| v. David F. Jenkins, Jr. a/k/a David Jenkins Defendant | MORTGAGE FORECLOSURE |

## **BRIEF**

### I. STATEMENT OF QUESTION INVOLVED

Should a Sheriff's sale be set aside and Sheriff's Deed stricken when the property

was inadvertently sold at Sheriff's sale during the automatic stay of civil proceedings in

accordance with 11 U.S.C. §362(a)?

Suggested Answer: Yes.

### II. STATEMENT OF CASE

This is a Mortgage Foreclosure Action, instituted by Plaintiff against David F. Jenkins,

Jr. a/k/a David Jenkins ("Jenkins"), after Jenkins defaulted on his payment obligations under a

Note secured by a Mortgage on his property located at 104 Oakwood Drive, Valencia, PA 16059

DM1\10112000.1

("Subject Property"). After Jenkins was served with a copy of the Complaint, he failed to answer or otherwise appear in the action. Because of Jenkins failure to answer or otherwise appear in the case, Plaintiff obtained a default judgment against Jenkins. Plaintiff thereafter caused a Writ of Execution to be issued and the Sheriff then listed the Subject Property for sale.

The Sale was scheduled and conducted on July 26, 2019; and because no bids were received in excess of the upset price set by Plaintiff, Plaintiff was declared the prevailing bidder. On September 15, 2017, Jenkins filed a Petition under Chapter 13 of the United States Bankruptcy Code. The case is pending in the United States Bankruptcy Court for the Western District of Pennsylvania, and is designated case number 17-23709-CMB. On August 16, 2018, the Jenkins' bankruptcy case was dismissed. On August 16, 2018, Jenkins' filed a Motion to Reconsider Dismissal of the Case. The Motion to Reconsider Dismissal of the Case was granted on September 11, 2018 and the dismissal order was vacated.

Notice of the Motion to Reconsider Dismissal of the Case or the Order vacating the dismissal was not provided to the undersigned law firm or the Butler County Sheriff prior to the July 26, 2019 Sheriff's sale (as the Sheriff would not have exposed the mortgaged premises for Sheriff's sale if it had been aware of the bankruptcy).

**III. ARGUMENT**

Pa. R.C.P. 3132 states as follows:

Upon petition of any party in interest before delivery of the personal property or of the sheriff's deed to real property, the court, may, *upon proper cause shown*, set aside the sale and order a resale or enter any other order which may be just and proper under the circumstances. (Emphasis added).

DMI\10112000.1

Subsequent to recordation of a sheriff's deed, a sheriff's sale may be set aside for fraud or sheriff's lack of authority to sell the subject property. Knox v. Noggle, 328 Pa. 302, 196 A. 18 (1938); Mortgage Electronic Registration Systems, Inc. v. Ralich, et ux., 2009 WL 2596091, 2009 Pa. Super. 163 (2009); Workingmen's Savings and Loan Ass'n of Dellwood Corp. v. Kestner, 438 Pa. Super. 186, 652 A.2d 327, 328 (1994).

The filing of bankruptcy invokes an automatic stay of civil proceedings. *See* 11 U.S.C. §362(a). Actions taken violation of the stay are void. *In re Siciliano*, 13 F.3d 748, 750 (3d Cir. 1994); *Raymark Indus., Inc. v. Lai*, 973 F.2d 1125, 1131 (3d Cir. 1992); *Maritime Elec. Co. v. United Jersey Bank*, 959 F.2d 1194, 1206 (3d Cir. 1991); *Haggerty v. Erie Cty. Tax Claim Bureau*, 107 Pa. Commw. 265, 271, 528 A.2d 681, 683 (1987). The automatic bankruptcy stay continues from the date of the filing of the Petition through today, and includes the date upon which the foreclosure sale took place. The Sheriff's Deed to the mortgaged premises has been recorded on September 11, 2019 at Instrument 201909110017849. *See* Ex. "B."

The automatic stay deprived the Sheriff of authority to expose the premises for sale. The Sale took place as a result of an inadvertent mistake and Plaintiff now seeks to have it set aside and the Sheriff's deed stricken.

IV.   CONCLUSION

For all of the foregoing reasons, Plaintiff respectfully requests that this Honorable Court enter an Order pursuant to Pa. R.C.P. 3132 setting aside the July 26, 2019 Sheriff's sale of 104 Oakwood Drive, Valencia, PA 16059 and striking the Sheriff's Deed recorded on September 11, 2019 at Instrument No. 201909110017849.

Respectfully submitted,
STERN & EISENBERG, PC

DM1\10112000.1

BY:

Edward J. McKee, Esquire
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
EMAIL: emckee@sterneisenberg.com
Attorneys for Plaintiff

Dated: 11 / 7 / 19

DM1\10112000.1

RELCAS, Repeat, FinalInstallmentPaid, DISMISSAL_VACATED, FnlConfPlan

# U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
### Bankruptcy Petition #: 17-23709-CMB

*Assigned to:* Judge Carlota M. Bohm
Chapter 13
Voluntary
Asset

*Date filed:* 09/15/2017
*Debtor dismissed:* 08/16/2018
*Joint debtor dismissed:* 08/16/2018
*Plan confirmed:* 06/06/2019
*341 meeting:* 12/18/2017

*Debtor*
**David Jenkins**
104 Oakwood Drive
Valencia, PA 16059
BUTLER-PA
SSN / ITIN: xxx-xx-6216

represented by **Paul W. McElrath, Jr.**
McElrath Legal Holdings,
LLC.
1641 Saw Mill Run
Boulevard
Pittsburgh, PA 15210
412-765-3606
Fax : 412-765-1917
Email: ecf@mcelrathlaw.com

*Joint Debtor*
**Serena Jenkins**
104 Oakwood Drive
Valencia, PA 16059
BUTLER-PA
SSN / ITIN: xxx-xx-9703

represented by **Paul W. McElrath, Jr.**
(See above for address)

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.



EXHIBIT
A

1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

| Filing Date | # | Docket Text |
|---|---|---|
| 09/15/2017 | 1 (7 pgs) | Chapter 13 Voluntary Petition . Fee Amount $0. Filed by David Jenkins, Serena Jenkins Government Proof of Claim due by 03/14/2018. Chapter 13 Plan due 09/29/2017. Declaration Re: Electronic Filing due 09/29/2017. Atty Disclosure Statement due 09/29/2017. Declaration of Schedules due 09/29/2017. Employee Income Record or a statement that there is no record due by 09/29/2017.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 09/29/2017 Schedules A-J due 09/29/2017. Statement of Financial Affairs due 09/29/2017. Summary of schedules due 09/29/2017. Incomplete Filings due by 09/29/2017. (McElrath, Paul) (Entered: 09/15/2017) |
| 09/15/2017 | 2 (3 pgs) | Notice Regarding Filing of Mailing Matrix Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (McElrath, Paul) (Entered: 09/15/2017) |
| 09/15/2017 | 3 (2 pgs) | Application to Pay Filing Fee in Installments . Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (McElrath, Paul) (Entered: 09/15/2017) |
| 09/15/2017 | 4 (1 pg) | Certificate of Credit Counseling for briefing received on 09/14/2017. Filed by Debtor David Jenkins (McElrath, Paul) (Entered: 09/15/2017) |
| 09/15/2017 | 5 (1 pg) | Certificate of Credit Counseling for briefing received on 09/14/2017. Filed by Joint Debtor |

| | | Serena Jenkins (McElrath, Paul) (Entered: 09/15/2017) |
|---|---|---|
| 09/16/2017 | 6 (1 pg) | Creditor Request for Notices on Behalf of Filed by PRA Receivables Management, LLC (Smith, Valerie) (Entered: 09/16/2017) |
| 09/18/2017 | 7 (10 pgs; 4 docs) | Motion to Extend Automatic Stay Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order # 2 Verification Statement # 3 Certificate of Service) (McElrath, Paul) (Entered: 09/18/2017) |
| 09/18/2017 | 8 (2 pgs) | Hearing on Motion to Extend Automatic Stay Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 7 Motion to Extend Automatic Stay filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Hearing scheduled for 10/18/2017 at 10:00 AM at p04 Courtroom D, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 10/5/2017. (McElrath, Paul) (Entered: 09/18/2017) |
| 09/18/2017 | 9 | Notice of Review of Bankruptcy Petition. Assigned Judge: BOHM. Appointed Trustee: WINNECOUR. Pursuant to Local Rule 1017-2, the United States Trustee is deemed to have filed a Motion To Dismiss this case, and that Motion will be deemed GRANTED, if any deadline set forth in the first docket entry is not met. (amaz) (Entered: 09/18/2017) |
| 09/18/2017 | 10 (2 pgs; 2 docs) | Order To Pay Filing Fees In Installments. The outstanding balance is $310.00 Signed on 9/18/2017. Final Installment Payment due by 1/13/2018. (amaz) (Entered: 09/18/2017) |
| 09/18/2017 | 11 (1 pg) | Notice of Appearance and Request for Notice by Allison L. Carr Filed by Creditor Duquesne |

| | | |
|---|---|---|
| | | Light Company (Carr, Allison) (Entered: 09/18/2017) |
| 09/20/2017 | 12 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 10 Order to Pay Filing Fees in Installments). Notice Date 09/20/2017. (Admin.) (Entered: 09/21/2017) |
| 09/27/2017 | 13 (3 pgs; 2 docs) | Motion to Extend Time to Complete the Bankruptcy Filing Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 09/27/2017) |
| 09/29/2017 | 14 (2 pgs; 2 docs) | Order Granting Motion to Extend Time to Complete the Bankruptcy Filing (Related Doc # 13) Signed on 9/29/2017. Atty Disclosure Statement due 10/10/2017 for 1,. Declaration of Schedules due 10/10/2017 for 1,. Employee Income Record or a statement that there is no record due by 10/10/2017.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 10/10/2017 Schedules A-J due 10/10/2017 for 1,. Statement of Financial Affairs due 10/10/2017 for 1,. Summary of schedules due 10/10/2017 for 1,. Incomplete Filings due by 10/10/2017 for 1,. Chapter 13 Plan due 10/10/2017 for 1,. Declaration Re: Electronic Filing due 10/10/2017 for 1,. (RE: related document(s): 1 Voluntary Petition Chapter 13). (amaz) (Entered: 09/29/2017) |
| 10/01/2017 | 15 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 14 Order on Motion to Extend Time to Complete the Bankruptcy Filing). Notice Date 10/01/2017. (Admin.) (Entered: 10/02/2017) |
| 10/06/2017 | 16 (3 pgs; 2 docs) | Motion to Extend Time to Complete the Bankruptcy Filing Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 10/06/2017) |
| 10/06/2017 | 17<br>(2 pgs) | Certificate of No Objection Regarding the Hearing on 10/18/2017. Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 7 Motion to Extend Automatic Stay filed by Debtor David Jenkins, Joint Debtor Serena Jenkins, 8 Hearing on a Judge Bohm Case Set by Attorney or Trustee filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). (McElrath, Paul) (Entered: 10/06/2017) |
| 10/10/2017 | 18<br>(2 pgs) | Notice of Appearance and Request for Notice by S. James Wallace Filed by Creditor Peoples Natural Gas Company LLC (Wallace, S.) (Entered: 10/10/2017) |
| 10/10/2017 | 19<br>(2 pgs; 2 docs) | Order Granting Motion to Extend Time to Complete the Bankruptcy Filing (Related Doc # 16) Signed on 10/10/2017. Atty Disclosure Statement due 10/20/2017 for 1,. Declaration of Schedules due 10/20/2017 for 1,. Employee Income Record or a statement that there is no record due by 10/20/2017.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 10/20/2017 Schedules A-J due 10/20/2017 for 1,. Statement of Financial Affairs due 10/20/2017 for 1,. Summary of schedules due 10/20/2017 for 1,. Incomplete Filings due by 10/20/2017 for 1,. Chapter 13 Plan due 10/20/2017 for 1,. Declaration Re: Electronic Filing due 10/20/2017 for 1,. (RE: related document(s): 1 Voluntary Petition Chapter 13). (amaz) (Entered: 10/10/2017) |
| 10/12/2017 | 20<br>(2 pgs; 2 docs) | Default Order Granting Motion to Extend Automatic Stay(Related Doc # 7) Signed on 10/12/2017. (amaz) (Entered: 10/12/2017) |

Pawb LIVE Database Area G6 CM/ECF-BK V4.2.0

| | | |
|---|---|---|
| 10/12/2017 | 21<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 19 Order on Motion to Extend Time to Complete the Bankruptcy Filing). Notice Date 10/12/2017. (Admin.) (Entered: 10/13/2017) |
| 10/14/2017 | 22<br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 20 Order on Motion to Extend Automatic Stay). Notice Date 10/14/2017. (Admin.) (Entered: 10/15/2017) |
| 10/17/2017 | 23 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). (amaz) (Entered: 10/17/2017) |
| 10/23/2017 | 24<br>(51 pgs) | Petition Completed Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (McElrath, Paul) (Entered: 10/23/2017) |
| 10/23/2017 | 25<br>(7 pgs; 2 docs) | Chapter 13 Plan . Plan Dated 10/21/2017. Filed by David Jenkins, Serena Jenkins (RE: related document(s): 1 Voluntary Petition Chapter 13). (McElrath, Paul) (Entered: 10/23/2017) |
| 10/23/2017 | 26<br>(4 pgs; 2 docs) | Motion to Attach Wages. Employer: *Anistar Tech* Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 10/23/2017) |
| 10/23/2017 | 27<br>(8 pgs) | Employee Income Records Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). (McElrath, Paul) (Entered: 10/23/2017) |
| 10/23/2017 | 28<br>(4 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 11/20/2017 at 02:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. Last day to oppose discharge or dischargeability is 1/19/2018. Last |

| | | day to oppose dischargeability due by 1/19/2018. Proofs of Claims due by 2/19/2018. Confirmation hearing to be held on 11/20/2017 at 02:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. (amaz) (Entered: 10/23/2017) |
|---|---|---|
| 10/25/2017 | 29 (3 pgs; 2 docs) | Order Granting Motion to Attach Wages v. Anistar Tech (Related Doc # 26) Signed on 10/25/2017. (kthe) (Entered: 10/25/2017) |
| 10/25/2017 | 30 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 28 Meeting of Creditors Chapter 13 & 12). Notice Date 10/25/2017. (Admin.) (Entered: 10/26/2017) |
| 10/25/2017 | 31 (7 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 25 Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Notice Date 10/25/2017. (Admin.) (Entered: 10/26/2017) |
| 10/27/2017 | 32 (2 pgs) | Certificate of Service Filed by Debtor David Jenkins (RE: related document(s): 29 Order on Motion to Attach Wages). (McElrath, Paul) (Entered: 10/27/2017) |
| 10/28/2017 | 33 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 29 Order on Motion to Attach Wages). Notice Date 10/28/2017. (Admin.) (Entered: 10/29/2017) |
| 10/31/2017 | 34 (1 pg) | Creditor Request for Notices on Behalf of Filed by CSU - OUCTS, PA Labor & Industry (CSU - OUCTS, PA Labor & Industry) (Entered: 10/31/2017) |
| 11/21/2017 | 35 | Meeting of Creditors Chapter 13 Not Held on 11/20/2017. Clerk to Reschedule Meeting. Filed by Ronda J. Winnecour. (vde13) (Entered: 11/21/2017) |

| | | |
|---|---|---|
| 11/22/2017 | <u>36</u><br>(3 pgs; 2 docs) | Rescheduled Meeting of Creditors 341(a) meeting to be held on 12/18/2017 at 03:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. Confirmation hearing to be held on 12/18/2017 at 03:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. (amaz) (Entered: 11/22/2017) |
| 11/24/2017 | <u>37</u><br>(3 pgs) | BNC Certificate of Mailing. (RE: related document(s): <u>36</u> Meeting of Creditors Chapter 13 & 12). Notice Date 11/24/2017. (Admin.) (Entered: 11/25/2017) |
| 12/06/2017 | <u>38</u><br>(2 pgs) | Creditor Request for Notices on Behalf of *A/C dba* Filed by Americredit Financial Services, Inc. A/C dba GM Financial (Youngblood, Mandy) (Entered: 12/06/2017) |
| 12/18/2017 | <u>39</u><br>(4 pgs; 2 docs) | Motion to Attach Wages. Employer: *Unified Alerts* Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # <u>1</u> Proposed Order) (McElrath, Paul) (Entered: 12/18/2017) |
| 12/19/2017 | <u>40</u><br>(3 pgs; 2 docs) | Order Granting Motion to Attach Wages v. Unified Alerts (Related Doc # <u>39</u>) Signed on 12/19/2017. (kthe) (Entered: 12/19/2017) |
| 12/19/2017 | 41 | Meeting of Creditors Chapter 13 Held and Concluded on 12/18/2017 Filed by Ronda J. Winnecour. (vde13) (Entered: 12/19/2017) |
| 12/20/2017 | <u>42</u><br>(2 pgs) | Notice of Appearance and Request for Notice by Thomas Song Filed by Creditor HSBC Bank USA, National Association, et al... (Song, Thomas) (Entered: 12/20/2017) |
| 12/21/2017 | <u>43</u><br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>40</u> Order on Motion to Attach Wages). Notice Date 12/21/2017. (Admin.) (Entered: 12/22/2017) |
| 12/26/2017 | <u>44</u> | Certificate of Service Filed by Debtor David |

| | (2 pgs) | Jenkins (RE: related document(s): 40 Order on Motion to Attach Wages). (McElrath, Paul) (Entered: 12/26/2017) |
|---|---|---|
| 12/27/2017 | 45 (5 pgs; 2 docs) | Interim Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 12/18/2017. Signed on 12/27/2017. (RE: related document(s): 25 Chapter 13 Plan). Conciliation Conference to be held on 3/29/2018 at 01:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. (jhel) (Entered: 12/27/2017) |
| 12/29/2017 | 46 (5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 45 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 12/29/2017. (Admin.) (Entered: 12/30/2017) |
| 01/02/2018 | 47 | Chapter 13 Installment Payment for Cases Filed On or After 6/1/2014. Fee Amount $ 310.00 Final Installment Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (McElrath, Paul) (Entered: 01/02/2018) |
| 01/02/2018 | 48 | Receipt of Chapter 13 Installment Payment for Cases Filed On or After 6/1/2014(17-23709-CMB) [misc,pay13II] ( 310.00) filing fee. Receipt number 13482814, amount $ 310.00. (U.S. Treasury) (Entered: 01/02/2018) |
| 01/04/2018 | 49 (2 pgs; 2 docs) | Notice reminder to file Certification of Completion of Instructional Course Concerning Personal Financial Management within the applicable deadline set forth in Fed.R.Bankr.P. 1007(c) (adiuser) (Entered: 01/04/2018) |
| 01/06/2018 | 50 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 49 Notice Reminder to File Personal Financial Management Certificate). Notice Date 01/06/2018. (Admin.) (Entered: 01/07/2018) |

| | | |
|---|---|---|
| 01/21/2018 | | Terminating Objection to Discharge Deadline (adiuser) (Entered: 01/22/2018) |
| 01/23/2018 | 51<br>(4 pgs; 3 docs) | Transfer of Claim:4 Transfer Agreement 3001 (e) 2 Transferor: WESTLAKE FINANCIAL SERVICES (Claim No. 4) To Portfolio Recovery Associates, LLC Filed by PRA Receivables Management LLC (Hardy, Carol) (Entered: 01/23/2018) |
| 01/23/2018 | 52 | Receipt of Transfer of Claim(17-23709-CMB) [claims,trclm] ( 25.00) filing fee. Receipt number 13522586, amount $ 25.00. (U.S. Treasury) (Entered: 01/23/2018) |
| 01/25/2018 | 53<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 51 Transfer of Claim filed by Creditor PRA Receivables Management LLC). Notice Date 01/25/2018. (Admin.) (Entered: 01/26/2018) |
| 03/02/2018 | 54<br>(93 pgs; 4 docs) | Objection to Confirmation of Plan Plan Dated 10/21/2017. Hearing Set For 03/29/2018. Filed by HSBC Bank USA, National Association, et al... (RE: related document(s): 25 Chapter 13 Plan). (Attachments: # 1 Proposed Order # 2 Exhibit A, Proof of Claim # 3 Certificate of Service)(Song, Thomas) (Entered: 03/02/2018) |
| 03/19/2018 | 55<br>(3 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *Unified Alerts* Filed by Debtor David Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 03/19/2018) |
| 03/21/2018 | 56<br>(3 pgs; 2 docs) | Order Granting Amended Motion to Attach Wages v. Unified Alerts (Related Doc # 55) Signed on 3/21/2018. (kthe) (Entered: 03/21/2018) |
| 03/23/2018 | 57<br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 56 Order on Motion |

| | | |
|---|---|---|
| | | to Attach Wages). Notice Date 03/23/2018. (Admin.) (Entered: 03/24/2018) |
| 04/03/2018 | 58 (1 pg) | Conciliation Conference Held on 3/29/2018. (RE: related document(s): 25 Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Conciliation Conference is CONTINUED to 6/21/2018 at 03:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. (jhel) (Entered: 04/03/2018) |
| 06/22/2018 | 59 | Order entered approving Omnibus Motion to Withdraw the Appearance of Allison L. Carr, Esq. and Enter the Appearance of Keri P. Ebeck, Esq. at Miscellaneous No. 18-203. Keri P. Ebeck, Esq is substituted as counsel for Allison L. Carr, Esq. in this case. Signed on 6/19/2018 (amaz) (Entered: 06/22/2018) |
| 06/22/2018 | 60 (2 pgs; 2 docs) | Conciliation Conference Held on 6/21/2018. (RE: related document(s): 25 Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). CONTESTED HEARING scheduled for 7/18/2018 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. (jhel) (Entered: 06/22/2018) |
| 06/24/2018 | 61 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 60 Hearing Continued). Notice Date 06/24/2018. (Admin.) (Entered: 06/25/2018) |
| 07/18/2018 | 62 (2 pgs; 2 docs) | Contested Plan hearing 7/18/2018 (RE: related document(s): 25 Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Hearing continued to 8/15/2018 at 11:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. (kthe) (Entered: 07/19/2018) |
| 07/21/2018 | 63 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 62 Hearing |

| | | |
|---|---|---|
| | | Continued). Notice Date 07/21/2018. (Admin.) (Entered: 07/22/2018) |
| 08/16/2018 | 64 (1 pg) | Continued Contested Plan Hearing Held on August 15, 2018 (RE: related document(s): 25 Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Case dismissed without prejudice. (kthe) (Entered: 08/16/2018) |
| 08/16/2018 | 65 (3 pgs; 2 docs) | Order Dismissing Case Without Prejudice. Signed on 8/15/2018 (RE: related document(s): 64 Hearing Held). Case Ready For Closing on 8/31/2018. (kthe) (Entered: 08/16/2018) |
| 08/16/2018 | 66 (6 pgs; 3 docs) | Motion to Reconsider Dismissal of Case Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (McElrath, Paul) (Entered: 08/16/2018) |
| 08/18/2018 | 67 (4 pgs) | BNC Certificate of Mailing. (RE: related document(s): 65 Order Dismissing Case). Notice Date 08/18/2018. (Admin.) (Entered: 08/19/2018) |
| 08/20/2018 | 68 (5 pgs; 4 docs) | Order Setting Hearing on (RE: related document(s): 66 Motion to Reconsider Dismissal of Case filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Hearing scheduled for 9/19/2018 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 9/6/2018. (kthe) (Entered: 08/20/2018) |
| 09/07/2018 | 69 (1 pg) | Certificate of No Objection Regarding the Hearing on 9/19/2018. Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 66 Motion to Reconsider Dismissal of Case filed by Debtor David Jenkins, Joint Debtor Serena Jenkins, 68 Order or Proceeding Memo Setting Hearing). (McElrath, Paul) (Entered: 09/07/2018) |

10/21/2019                                    Pawb LIVE Database Area G6 CM/ECF-BK V4.2.0

| 09/11/2018 | <u>70</u><br>(3 pgs; 2 docs) | Default Order Granting Motion To Reconsider Dismissal of Case. The Dismissal Order is vacated. for Both Debtors. (Related Doc <u>66</u>) Signed on 9/11/2018. (RE: related document(s): <u>65</u> Order Dismissing Case, <u>66</u> Motion to Reconsider Dismissal of Case ). (amaz) (Entered: 09/11/2018) |
|---|---|---|
| 09/13/2018 | <u>71</u><br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>70</u> Order on Motion to Reconsider Dismissal of Case). Notice Date 09/13/2018. (Admin.) (Entered: 09/14/2018) |
| 11/12/2018 | <u>72</u><br>(3 pgs; 2 docs) | Motion to Attach Wages. Employer: *PITTSBURGH COMMUNITY SERVICES INC.* Filed by Joint Debtor Serena Jenkins. (Attachments: # <u>1</u> Proposed Order) (McElrath, Paul) (Entered: 11/12/2018) |
| 11/13/2018 | <u>73</u><br>(3 pgs; 2 docs) | Order Granting Motion to Attach Wages v. Pittsburgh Community Services Inc. (Related Doc # <u>72</u>) Signed on 11/13/2018. (kthe) (Entered: 11/13/2018) |
| 11/14/2018 | <u>74</u><br>(7 pgs; 4 docs) | Motion to Allow Claims Filed by Creditor Peoples Natural Gas Company LLC. (Attachments: # <u>1</u> Exhibit # <u>2</u> Proposed Order # <u>3</u> Certificate of Service) (Wallace, S.) (Entered: 11/14/2018) |
| 11/14/2018 | <u>75</u><br>(2 pgs) | Hearing on Motion to Allow Claims Filed by Creditor Peoples Natural Gas Company LLC (RE: related document(s): <u>74</u> Motion to Allow Claims filed by Creditor Peoples Natural Gas Company LLC). Hearing scheduled for 12/19/2018 at 11:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 12/3/2018. (Wallace, S.) (Entered: 11/14/2018) |
| 11/15/2018 | <u>76</u><br>(2 pgs) | Certificate of Service Filed by Joint Debtor Serena Jenkins (RE: related document(s): <u>73</u> |

| | | |
|---|---|---|
| | | Order on Motion to Attach Wages). (McElrath, Paul) (Entered: 11/15/2018) |
| 11/16/2018 | <u>77</u><br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>73</u> Order on Motion to Attach Wages). Notice Date 11/16/2018. (Admin.) (Entered: 11/17/2018) |
| 12/04/2018 | <u>78</u><br>(3 pgs; 2 docs) | Certificate of No Objection Regarding the Hearing on 12/19/2018. Filed by Creditor Peoples Natural Gas Company LLC (RE: related document(s): <u>74</u> Motion to Allow Claims filed by Creditor Peoples Natural Gas Company LLC, <u>75</u> Hearing on a Judge Bohm Case Set by Attorney or Trustee filed by Creditor Peoples Natural Gas Company LLC). (Attachments: # <u>1</u> Proposed Order) (Wallace, S.) (Entered: 12/04/2018) |
| 12/07/2018 | <u>79</u><br>(3 pgs; 2 docs) | Default Order Granting Motion for Allowance of Administrative Claim by Peoples Natural Gas Company LLC (Related Doc # <u>74</u>) Signed on 12/7/2018. (kthe) (Entered: 12/07/2018) |
| 12/09/2018 | <u>80</u><br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>79</u> Order on Motion to Allow Claims). Notice Date 12/09/2018. (Admin.) (Entered: 12/10/2018) |
| 12/10/2018 | <u>81</u><br>(3 pgs; 2 docs) | Certificate of Service Filed by Creditor Peoples Natural Gas Company LLC (RE: related document(s): <u>79</u> Order on Motion to Allow Claims). (Attachments: # <u>1</u> Exhibit) (Wallace, S.) (Entered: 12/10/2018) |
| 12/19/2018 | <u>82</u><br>(2 pgs) | Notice Regarding Modification to Mailing Matrix Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (McElrath, Paul) (Entered: 12/19/2018) |
| 12/19/2018 | <u>83</u><br>(6 pgs; 2 docs) | The following schedule(s) have been amended affecting creditors: Schedule F. Fee Amount $ |

| | | 31. Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 82 Notice Regarding Modification to Mailing Matrix filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). (Attachments: # 1 Certificate of Service) (McElrath, Paul) (Entered: 12/19/2018) |
|---|---|---|
| 12/19/2018 | 84 | Receipt of Amended Schedules D E F(17-23709-CMB) [misc,amdcm] ( 31.00) filing fee. Receipt number 14146738, amount $ 31.00. (U.S. Treasury) (Entered: 12/19/2018) |
| 12/20/2018 | 85 | It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. 83, any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 12/20/2018. (RE: related document(s): 83 Amended Schedules D E F). (kthe) (Entered: 12/20/2018) |
| 12/26/2018 | 86 | Certificate of Service Filed by Debtor David |

| | | |
|---|---|---|
| | (2 pgs) | Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 28 Meeting of Creditors Chapter 13 & 12, 83 Amended Schedules D E F filed by Debtor David Jenkins, Joint Debtor Serena Jenkins, 85 Amended Schedule - Judge Bohm). (McElrath, Paul) (Entered: 12/26/2018) |
| 02/05/2019 | 87 (2 pgs) | Notice of Funds on Reserve. Filed by Ronda J. Winnecour. (vde13) (Entered: 02/05/2019) |
| 02/05/2019 | 88 (2 pgs) | Notice of Funds on Reserve. Filed by Ronda J. Winnecour. (vde13) (Entered: 02/05/2019) |
| 03/08/2019 | 89 (10 pgs; 2 docs) | Amended Chapter 13 Plan Dated 3/8/2019. . Filed by David Jenkins, Serena Jenkins (RE: related document(s): 25 Chapter 13 Plan). (Attachments: # 1 Certificate of Service) (McElrath, Paul) (Entered: 03/08/2019) |
| 03/11/2019 | 90 (4 pgs; 4 docs) | Order Signed 03/11/2019 Setting Hearing on the Amended Plan (RE: related document(s): 89 Amended Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Objections due by 5/9/2019. Conciliation Conference to be held on 5/23/2019 at 03:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh, Pennsylvania 15219. (gbro) (Entered: 03/11/2019) |
| 03/13/2019 | 91 (3 pgs) | Certificate of Service Regarding the Hearing on 5/23/2019. Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 89 Amended Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins, 90 Hearing on Amended Plan). (McElrath, Paul) (Entered: 03/13/2019) |
| 05/29/2019 | 92 (3 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: PITTSBURGH COMMUNITY SERVICES INC. Filed by Debtor David Jenkins, Joint Debtor |

| | | |
|---|---|---|
| | | Serena Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 05/29/2019) |
| 05/30/2019 | <u>93</u><br>(3 pgs; 2 docs) | Order Signed 05/30/2019 Granting Motion to Attach Wages v. Pittsburgh Community Services Inc. (Related Doc # <u>92</u>). (gbro) (Entered: 05/30/2019) |
| 06/01/2019 | <u>94</u><br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>93</u> Order on Motion to Attach Wages). Notice Date 06/01/2019. (Admin.) (Entered: 06/02/2019) |
| 06/06/2019 | <u>95</u><br>(5 pgs; 2 docs) | Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on 5/23/2019. Signed on 6/6/2019. (RE: related document(s): <u>89</u> Amended Chapter 13 Plan). (jhel) (Entered: 06/06/2019) |
| 06/06/2019 | <u>96</u><br>(2 pgs) | Conciliation Conference Held on 5/23/2019 (RE: related document(s): <u>89</u> Amended Chapter 13 Plan filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). System Order Issued (jhel) (Entered: 06/06/2019) |
| 06/06/2019 | <u>97</u><br>(2 pgs) | Certificate of Service Filed by Joint Debtor Serena Jenkins (RE: related document(s): <u>93</u> Order on Motion to Attach Wages). (McElrath, Paul) (Entered: 06/06/2019) |
| 06/08/2019 | <u>98</u><br>(6 pgs) | BNC Certificate of Mailing. (RE: related document(s): <u>95</u> Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 06/08/2019. (Admin.) (Entered: 06/09/2019) |
| 06/11/2019 | <u>99</u><br>(3 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *PITTSBURGH COMMUNITY SERVICES INC.* Filed by Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 06/11/2019) |

Pawb LIVE Database Area G6 CM/ECF-BK V4.2.0

| 06/12/2019 | 100 | Text Order re: (99 Motion to Attach Wages). Without further notice or hearing, this pleading will be denied without prejudice if the following action is not taken: ATTORNEY'S ELECTRONIC SIGNATURE IS MISSING FROM THE MOTION. DOCUMENT TO BE REFILED. This text-only entry constitutes the Court's order and notice on this matter. Judge Bohm Signed on 6/12/2019. (RE: related document(s): 99 Motion to Attach Wages). Required corrective action due on or before 6/20/2019. (mgut) (Entered: 06/12/2019) |
|---|---|---|
| 06/13/2019 | 101 (3 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *PITTSBURGH COMMUNITY SERVICES INC.* Filed by Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 06/13/2019) |
| 06/14/2019 | 102 (3 pgs; 2 docs) | Order Granting Motion to Attach Wages (Related Doc # 101) Signed on 6/14/2019. (dsaw) (Entered: 06/14/2019) |
| 06/16/2019 | 103 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 102 Order on Motion to Attach Wages). Notice Date 06/16/2019. (Admin.) (Entered: 06/17/2019) |
| 09/17/2019 | 104 (5 pgs; 2 docs) | Consent Motion to Approve Financing *for Automobile* Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order) (McElrath, Paul) (Entered: 09/17/2019) |
| 09/19/2019 | 105 (3 pgs; 2 docs) | Order Granting Motion to Approve Financing (Related Doc # 104) Signed on 9/19/2019. (dsaw) (Entered: 09/19/2019) |
| 09/21/2019 | 106 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 105 Order on |

| | | |
|---|---|---|
| | | Motion to Approve Financing). Notice Date 09/21/2019. (Admin.) (Entered: 09/22/2019) |
| 10/03/2019 | 107<br>(42 pgs; 11 docs) | Motion For Contempt , in addition to Motion For Sanctions *for Violation of the Automatic Stay* Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins. (Attachments: # 1 Proposed Order # 2 Proposed Default Order # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D # 7 Exhibit E # 8 Exhibit F # 9 Exhibit G # 10 Certificate of Service) (McElrath, Paul) (Entered: 10/03/2019) |
| 10/03/2019 | 108<br>(1 pg) | Hearing on Motion for Contempt and Sanctions for Violation of the Automatic Stay Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 107 Motion for Contempt filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). Hearing scheduled for 11/6/2019 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 10/21/2019. (McElrath, Paul) (Entered: 10/03/2019) |
| 10/17/2019 | 109<br>(6 pgs; 3 docs) | Supplement/Addendum to *Motion for Contempt and Sanctions for Violation of the Automatic Stay* Filed by Debtor David Jenkins, Joint Debtor Serena Jenkins (RE: related document(s): 107 Motion for Contempt filed by Debtor David Jenkins, Joint Debtor Serena Jenkins, Motion for Sanctions, 108 Hearing on a Judge Bohm Case Set by Attorney or Trustee filed by Debtor David Jenkins, Joint Debtor Serena Jenkins). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (McElrath, Paul) (Entered: 10/17/2019) |

10/21/2019      Pawb LIVE Database Area G6 CM/ECF-BK V4.2.0

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/21/2019 12:06:17 | | | |
| PACER Login: | ss0231:2639456:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 17-23709-CMB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 10 | Cost: | 1.00 |

# AFFIDAVIT FILED

# SHERIFF'S DEED

*Know All Men By These Present,*

Instr: 201909110017849
Pgs 5 Y: $38.75                    9tU1919 9:42 AM
All debt Mortido                    720190014533
Butler County Record or PA
TOTAL TAX                          30.00

That I, Michael T. Slupe, Sheriff of the County of Butler, in the Commonwealth of Pennsylvania, for and in consideration of COSTS, ..................................... to me, in hand paid, do hereby grant and convey to:

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-4 C/O OCWEN LOAN SERVICING LLC

ALL the right, title, interest, and claim of DAVID JENKINS AND DAVID F. JENKINS, JR., of, in, and to:

ALL that certain piece, parcel, or lot of land situate in MIDDLESEX TOWNSHIP, County of Butler, and Commonwealth of Pennsylvania, bounded and described as follows:

All that certain piece, parcel or tract of land situate in Middlesex Township, Butler County, Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at a point on the westerly side of Maple Drive, a fifty foot street, on line dividing Lots Nos. 1 and 2; thence along said Maple Drive, South 1° 01' West(153) feet to a point on line of Lot No. 3; thence along line of lot No. 3, North 88° 59' West one hundred forty (140) feet to a point on lands of now or formerly Roy C. Ferguson; thence along line of lands of Ferguson, North 1 ° 01' East (161.64) feet to a point on line of Lot No. 1; thence along line of lot No. 1, South 85° 27' East(I 40.27) feet to a point on the westerly line of Maple Drive, the place of beginning.

Being Lot No. 2 in the Keithwood Manor Plan of Lots #2, as laid out for the grantors herein by the North Hills Engineering Company, Inc., Registered Engineers, in July of 1959, and recorded in the Recorder's Office in and for Butler County in Plan Rack 29, page 11.

AND BEING a portion of a larger tract of land conveyed to the within grantors by deed of Anne
L.
McGliney, single woman, dated October 24, 1952 and recorded in the Recorder's Office in and for Butler County in Deed Book Volume 632, at page 379.

Said lot being SUBJECT to the building restrictions and covenants as are of record in Butler County and to the forty (40) foot building line which appears on said Plan.

PARCEL ID: 230-S2-43EB2

BEING KNOWN AS 104 Oakwood Drive, Valencia, PA 16059

BEING the same premises which Charles G. Miller, Executor of the Estate of Margaret Miller, deceased by Deed dated August 10, 2005 and recorded September 12, 2005 in the Office of the Recorder of Deeds in and for Adams County in Deed Instrument# 200509120025831, granted and conveyed unto David F. Jenkins, Jr., unmarried, heirs and assigns.

EXHIBIT
B

This document may not sell, convey, transfer, include or insure the title to the coal and right of support underneath the surface land described or referred to herein, and the owner or owners of such coal may have the complete legal rights to remove all of such coal and, in that connection, damage may result to the surface of the land and any house, building, or other structure on or in such land. This statement inserted pursuant of Act No. 431 of the Commonwealth of Pennsylvania of 1957, P.L. 384, the foregoing statement in and of itself shall not be construed to be an exception or reservation of the coal under the within described premises.

NOTICE—THE UNDERSIGNED, AS EVIDENCED BY THE SIGNATURE(S) TO THIS NOTICE
AND THE ACCEPTANCE AND RECORDING OF THIS DEED, ARE FULLY COGNIZANT OF THE FACT THAT THE UNDERSIGNED MAY NOT BE OBTAINING THE RIGHT OF PROTECTION AGAINST SUBSIDENCE, AS TO THE PROPERTY HEREIN CONVEYED, RESULTING FROM COAL MINING OPERATIONS AND THAT THE PURCHASED PROPERTY, HEREIN CONVEYED, MAY BE PROTECTED FROM DAMAGE DUE TO MINE SUBSIDENCE BY A PRIVATE CONTRACT WITH THE OWNERS OF THE ECONOMIC INTEREST IN THE COAL.  THIS NOTICE IS INSERTED HEREIN TO COMPLY WITH THE BITUMINOUS MINE SUBSIDENCE AND LAND CONSERVATION ACT OF 1966, AS AMENDED 1980, OCT. 10, P.L. 874, NO. 156 SECTION 1.

Witness:

The same having been sold by me to the said Grantee on the 26 day of July , 2019, after due advertisement according to law, under and by virtue of a Writ of Execution issued on the 10 day of SEPT , 2018 out of the Court of Common Pleas of Butler County, Pennsylvania, as of the 10 day of SEPT , 2018

E.D.    2016-30248                    C.P.    2016-21623

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-4 C/O OCWEN LOAN SERVICING LLC
VS
DAVID JENKINS AND DAVID F. JENKINS, JR.

In Witness Whereof, I have hereunto affixed my signature this __5__ day of ~~September~~, 2019.

Sheriff

---

Commonwealth of Pennsylvania                 :
                                             :    ss.
County of Butler                             :

Before me, Glenna M. Walters, Prothonotary of the Court of Common Pleas of Butler County, Pennsylvania, personally appeared Michael T. Slupe, Sheriff of Butler County, aforesaid, and in due form of law declared that the facts set forth in the foregoing Deed are true, and that he acknowledged the same in order that the said Deed might be recorded, which acknowledgment is recorded on the Minutes of said Court.

Witness my hand and seal of said Court this __5__ day of __September__, 2019.

_____, Prothonotary

PROTHONOTARY OFFICIAL TITLE
COMMISSION EXPIRES FIRST MONDAY IN JAN, 2020

Certificate of Residence:

The certified, correct address of the within named Grantee is:

2001 BISHOPS GATE BLVD
MT LAUREL, NJ 08054

_____, Sheriff

From:    DAVID JENKINS AND
         DAVID F. JENKINS, JR.

By:      Michael T. Slupe, Sheriff

To:      HSBC BANK USA, NATIONAL
         ASSOCIATION ET AL

*Sheriff's Deed*

Bid of Costs

Mail Deed to:

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA  18976

I hereby CERTIFY
that this document is
recorded in the
Recorder's Office
of Butler County,
Pennsylvania

Michele M Mustello
Michele M Mustello - Recorder of Deeds

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

# REALTY TRANSFER TAX
# STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**

| | |
|---|---|
| State Tax Paid | O |
| Book Number | I nst # |
| Page Number | 2019 09 11 00 1 7849 |
| Date Recorded | 9-11-19 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT – All inquiries may be directed to the following person:

Name
Stern & Eisenberg, PC

| Mailing Address | | | Telephone Number: |
|---|---|---|---|
| 1581 Main Street, Suite 200 | | | (215) 572-8111 |
| | City | State | ZIP Code |
| | Warrington | PA | 18976 |

## B. TRANSFER DATA

Date of Acceptance of Document  3/1/19

| Grantor(s)/Lessor(s) | Telephone Number: | |
|---|---|---|
| Sheriff of Butler County | (724) 284-5245 | HSBC Bank USA, National Association, as Indenture Trustee for People's Choice Home Loan Securities Trust Series 2005-4 c/o OCWEN LOAN SERVICING, LLC 2001 Bishops Gate Blvd, Mt. Laurel, NJ 08054 |
| Mailing Address | | |
| 300 South Main Street | | |
| City | State | ZIP Code |
| Butler | PA | 16001 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough | |
|---|---|---|
| 104 Oakwood Drive | Valencia, PA 16059 MIDDLESEX TWP | |
| County | School District | Tax Parcel Number |
| Butler | MARS | 230-S2-43EB2 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1,733.49 | +0.00 | = 1,733.49 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| 23,260.00 | × 10.75 | = 250,045.00 |

## E. EXEMPTION DATA – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| 100.00 % | 100.00 % | 100.00 % |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession.

_____ _____
(Name of Decedent)        (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of Correspondent or Responsible Party

| | Date |
|---|---|
| | 8-1-19 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

# EXHIBIT "G"





Est. **$196,800** ⓘ

　🏠 Track Your Home Value

| | **4** | **1** | **0.51** |
|---|---|---|---|
| 📍 Map | beds | bath | acres lot |

Commute Time

# 104 Oakwood Dr,

Valencia, PA 16059

---

**Property Overview** - REO Occupied - The seller does not represent or guarantee occupancy status. NO VIEWINGS of this property. Please DO NOT DISTURB the occupant. As is cash only sale with no contingencies or inspections. Buyer will be responsible for obtaining possession of the property upon closing.

This property overview is from the previous listing when the home was listed for sale in Oct 14, 2019.

| 49.54% | $2.48K | $390,000 |
|---|---|---|
| Less expensive than nearby properties ❶ | Since last listed in 2019 ❶ | Neighborhood Median Price |

# Own this home?

Check out your owner dashboard to:

- Track your home's value and comps
- Update the important details and photos
- Easily compare similar homes in your area

## 📈 Home Value

In the last 4 years, this home has decreased its value by 14%.



December 2019
● This home    $196,800

Estimated values are not a substitute for professional expertise. Contact your REALTOR® for a market assessment.

   **Are you the owner of 104 Oakwood Dr?**
Learn how to maximize your home value.

## 🏠 Property History



This property was not sold in the last one year.

| Today | ◯ | **Estimated at $196,800** |
| Oct 14, 2019 | ⊕ | **Listed for $199,280** |



Listing presented by **Tiffany Turner** ⓡ with Realhome Services And Solutions Inc

History data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain latest information.

## Property Details

| Status | Price/Sq Ft | Type | Built |
|--------|-------------|------|-------|
| **Off Market** | **No Info** | **Single Famil...** | **1960** |

### Public Records

- House size: 0 sq ft
- Stories: 0
- Lot size: 22216
- Property type: Single family
- Date updated: 11/01/2019

## Nearby Schools

| Rating* | School Name | Grades | Distance |
|---------|-------------|--------|----------|
| 7 | Mars Area El School | 2–4 | 2.8 mi |
| 7 | Mars Area Centennial School | 5–6 | 2.0 mi |
| 9 | Mars Area Senior High School | 9–12 | 2.5 mi |
| NR | Mars Area Primary Center School | K–1 | 2.8 mi |

| Rating* | School Name | Grades | Distance |
|---------|-------------|--------|----------|
| 8 | Mars Area Middle School | 7–8 | 2.3 mi |
| NR | Pace Learning Center Private School | | 1.9 mi |
| NR | Holy Sepulcher Elementary Private School | PK–8 | 3.0 mi |

\* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools. Intended for reference only. GreatSchools Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

## Neighborhood

104 Oakwood Dr is located in the city of Valencia, PA.

$390,000

Median Listing Price

$134

Price Per Sq Ft

**Explore The Neighborhood**

Sponsored by ⬛Statefarm

⌂ **Price & Tax History**

## Property Price

| Date | Event | Price |
| --- | --- | --- |
| Today | Estimated | $196,800 |
| 10/14/2019 | Listed | $199,280 |

## Property Tax

| Year | Taxes | Total Assessment |
| --- | --- | --- |
| 2019 | $3,280 | $23,260 |
| 2018 | $3,224 | $23,260 |
| 2017 | $3,224 | $23,260 |
| 2016 | $3,224 | $23,260 |
| 2015 | $3,155 | $23,260 |
| 2014 | $3,155 | $23,260 |
| 2013 | $3,190 | $23,260 |
| 2012 | $2,856 | $20,980 |
| 2011 | $2,856 | $20,980 |
| 2010 | $2,830 | $20,790 |
| 2009 | $3,516 | $20,790 |

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.