**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: <br> **DAVID JENKINS** <br> **SERENA JENKINS,** <br><br> **Debtors** <br><br><br> **DAVID JENKINS and** <br> **SERENA JENKINS,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME SECURITIES TRUST SERIES 2005-4; OCWEN LOAN SERVICING, LLC; STERN & EISENBERG, P.C.; and SHAPIRO & DENARDO, LLC,** <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | BK. No. 17-23709-CMB <br><br> Chapter 13 <br><br> Adversary Case No. 20-2002 |

## JOINT STATUS REPORT

1. Pursuant to the Court's Scheduling Order dated November 24, 2020 (Docket No. 76), the parties were required to file a Joint Status Report by January 7, 2021.

2. None of the parties' discovery disputes have been resolved.

3. None of the parties' issues have been narrowed.

4. None of the parties' issues have been resolved.

5. The parties' require a hearing to resolve Plaintiffs' Motions to Compel.

1

January 7, 2021

              Respectfully submitted,

              /s/  James McNally
              James McNally, Esq.
              Cohen Seglias Pallas Greenhall & Furman P.C.
              525 William Penn Place, Suite 3005
              Pittsburgh, PA 15219
              (412) 434-5530
              jmcnally@cohenseglias.com
              *Attorneys for Plaintiffs*

/s/ Brett L. Messinger
Brett L. Messinger
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
BLMessinger@duanemorris.com


/s/ Kristen Little
Kristen Little, Esq.
Shapiro & DeNardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406
klittle@logs.com

/s/ James A. McGovern
James A. McGovern, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
jamcgovern@mdwcg.com